Rel: May 17, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0531

Betty H. Blocker and Erica S. Blocker v. Jewel Grigsby, as the administratrix of the Estate of John Patrick Grigsby, deceased (Appeal from Autauga Circuit Court: CV-20-900152).

STEWART, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Parker, C.J., and Wise, Sellers, and Cook, JJ., concur.